**Order entered July 10, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00054-CV

**BARBARA MEREDITH, Appellant**

**V.**

**OXFORD TOWNHOMES, LLC, ET AL., Appellees**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-10-07847-B**

## ORDER

We **GRANT** appellees' July 7, 2015 agreed motion for an extension of time to file their

cross-appellees' brief.  Appellees shall file their cross-appellees' brief by **AUGUST 10, 2015**.

/s/    ELIZABETH LANG-MIERS
        JUSTICE